**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

Lorrie Lynn Thomas
1587 S. Congress St.
Apartment 36
Ypsilanti, MI 48197
(810)333-5754

In Re:

Lorrie Lynn Thomas (Keown),                          Case No.: 13-30938-dof
Debtor, pro se                                        Chapter:    7
                                                     Judge:   Daniel S. Opperman, Flint

### DEBTOR'S MOTION TO REOPEN CASE

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

**1. Bankruptcy Case Filing information:**
　　a. A voluntary petition under chapter  7  was filed on:    March 18, 2013
　　b. The debtor was granted a discharge under section 727 of title 11, United States Code,
　　by the court, Judge Daniel S. Opperman, Flint, June 25, 2013

2. The debtor moves the court for an order reopening the case for the following reason:
Determination of Dischargeability of a debt - under 523(a)(8), student loans, to determine undue
hardship discharge.

3.  I, Lorrie Lynn Thomas, Debtor in this case, hereby request that the court enter an order: (a)
reopening the case pursuant to 11 U.S.C. § 350(b) and FRBP 5010;

WHEREFORE, the Debtor prays that this court issue an order (the form of which is submitted
herewith and has been served) reopening this so that the Determination for Dischargeability of
Debtor's student loans and a discharge of these student loans due to undue hardship may be
entered.

Debtor's Signature /s/ Lorrie Lynn Thomas (Keown)_____
Date ___ 2/9/2023_____

Scanned with CamScanner

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

Lorrie Lynn Thomas
1587 S. Congress St.
Apartment 36
Ypsilanti, MI 48197
(810)333-5754

In Re:
Lorrie Lynn Thomas (Keown)
Debtor, pro se

Case No.: 13-30938-dof
Chapter:    7
Judge:   Daniel S. Opperman, Flint

## APPLICATION TO WAIVE THE FEE TO REOPEN BANKRUPTCY CASE

I, Lorrie Lynn Thomas, am the debtor in this case and submit this application in support of my request to waive the reopening fee. I am fully familiar with my case, and certify as follows:

1.  I filed for bankruptcy on: 3/18/2013.

2. When I filed my petition, my average monthly income was: $1,450, and my average monthly expenses were: [Enter the amount of your average monthly expenses from Schedule J] $1,751.62.

3.  As a result, I: ☐ did not request a waiver of the Chapter 7 Filing Fee. ☒ requested a waiver of the Chapter 7 Filing Fee and the request was GRANTED. ☐ requested a waiver of the Chapter 7 Filing Fee and the request was DENIED.

4.  As of the date of this application, my monthly income is: $ 0 , and my current monthly expenses are: $ 1,305.

5. If the monthly income and/or monthly expenses have changed since the time I filed for bankruptcy, the reason for the change is: moved and further streamlined expenses

6. I ☒ do ☐ do not expect the monthly income or expenses to change by more than 10% during the next six (6) months. If you do expect your monthly income or expenses to change by more than 10%, please explain: I am currently looking for work, and hope the monthly income will increase. Also, my rent is increasing from $950 to $1,150.

7. I do not presently have cash or assets from which I can pay the fee to reopen my case.
I certify under penalty of perjury that the foregoing statements are true.
Date:    2/9/2023
Signature of Debtor    /s/ Lorrie Lynn Thomas (Keown)

Scanned with CamScanner