UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: Lorrie Lynn Thomas,　　　　　　　　　　Case No. 13-30938
　　　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　　　　　　　　　　　　　　　　　　　　Hon. Joel D. Applebaum

　　　　　　　Debtor.
_____/

**ORDER DENYING MOTION TO REOPEN CASE**

　　　　This Chapter 7 case was filed on March 18, 2013, and Debtor received her discharge on June 25, 2013. Debtor now moves to reopen this case to seek to discharge student loan debt. The Motion is silent and the Court cannot see any reason to reopen a 10 year old case, particularly given that Debtor is eligible to receive a discharge if a new case were to be filed. Accordingly,

　　　　IT IS HEREBY ORDERED that Debtor's Motion to Reopen Case is DENIED.

**Signed on February 15, 2023**

　　　　　　　　　　　　　　　　　　　　/s/ Joel D. Applebaum
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**Joel D. Applebaum**
　　　　　　　　　　　　　　　　　　　　**United States Bankruptcy Judge**